JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
# DOCKET NO. 1629
# IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ALABAMA MIDDLE
    ALM    2    04-711                 Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

ALABAMA SOUTHERN
    ALS    1    04-463                 Nancy Coleman, et al. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
    FLS    1    04-22228              Ana Medero, et al. v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
    ILN    1    04-4467               Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

LOUISIANA EASTERN
    LAE    2    04-1735               Linda Rizzo v. Pfizer, Inc.
    LAE    2    04-2087               Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
    LAE    2    04-2509               Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

MISSOURI EASTERN
    ~~MOE    4    04-982~~             ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

MISSISSIPPI NORTHERN
    ~~MSN    2    04-255~~             ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
    ~~MSN    4    04-275~~             ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

NEW JERSEY
    NJ    2    04-4236                Steven Kail, et al. v. Pfizer, Inc., et al.
    NJ    2    04-4497                International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
    NJ    2    04-4593                Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

OKLAHOMA EASTERN
    OKE    6    04-375               Jerry Hollaway, et al. v. Pfizer, Inc., et al.

TENNESSEE EASTERN
    TNE    2    04-337               Bauda V.L. Sutton v. Pfizer, Inc., et al.

TEXAS EASTERN
    ~~TXE    2    04-309~~             ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

# U.S. District Court
## Southern District of Alabama - District Version 2.2 (Mobile)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00463-WS-L

04cv12615PBS

Coleman et al v. Pfizer, Inc. et al
Assigned to: Judge William H. Steele
Referred to: Magistrate Judge Kristi D. Lee
Case in other court: Mobile Circuit Court, 04-01846
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/14/2004
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nancy Coleman**     represented by   **Charles H. Dodson, Jr.**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: chd@simsgraddick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: jds@dodsonsteadman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
Taylor, Martino & Hedge, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email: michaelhickman@tmhlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email: stevemartino@tmhlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                                  **W. Lloyd Copeland**
                                                                                   Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email: lloyd@tmhlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Blount**  represented by  **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Mathey**  represented by  **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cliff Champagne**          represented by   **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Verzone**             represented by   **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**

(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
**Herman Ward**                    represented by    **Charles H. Dodson, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
**James M. Harpring**              represented by    **Charles H. Dodson, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                                       **W. Lloyd Copeland**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Pfizer, Inc.** | represented by | **Fred M. Haston, III**<br>Bradley, Arant, Rose & White<br>1819 Fifth Ave. N.<br>Birmingham, AL 35203<br>(205) 521-8000<br>Fax: 2055218713<br>Email: thaston@bradleyarant.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Rouhandeh**<br>450 Lexington Ave.<br>New York, NY 10017<br>212-450-4000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John E. Goodman**<br>Bradley, Arant, Rose & White<br>1819 Fifth Ave. N.<br>Birmingham, AL 35203<br>(205) 521-8000<br>Email: jgoodman@bradleyarant.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Parke-Davis**<br>*a division of Warner-Lambert Company* | represented by | **Fred M. Haston, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Rouhandeh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John E. Goodman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Warner-Lambert Co.            represented by    **Fred M. Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Goodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2004 | 1 | NOTICE OF REMOVAL by Parke-Davis, Pfizer, Inc., Warner-Lambert Co. from Mobile County Circuit Court, case number 04-1846-JRL. ( Filing fee $ 150, Receipt number 47646.) (Attachments:, # 1 Civil Cover Sheet, # 2 Complaint, # 3 Summons, # 4 Circuit Court Docs.)(tgw) (Entered: 07/15/2004) |
| 07/14/2004 | 2 | Disclosure Statement filed by Defendants Parke-Davis, Pfizer, Inc., Warner-Lambert Co. Ref to J/Steele and MJ/Lee (tgw) (Entered: 07/15/2004) |
| 07/15/2004 | 3 | Document endorsed NOTED by Judge William H. Steele : Disclosure Statement2 filed by Parke-Davis, Warner-Lambert Co., Pfizer, Inc. (Steele, William) (Entered: 07/15/2004) |
| 07/16/2004 | 4 | Document endorsed NOTED by Judge Kristi D. Lee : Disclosure Statement2 filed by Parke-Davis, Warner-Lambert Co., Pfizer, Inc. (kpn, ) (Entered: 07/16/2004) |
| 07/23/2004 | 5 | JOINT MOTION to Stay proceedings pending transfer to Multidistrict Litigation [MDL] filed by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Parke-Davis, Pfizer, Inc., Paul Verzone, Herman Ward, and Warner-Lambert Co. (Attachments: # (1) Text of Proposed Order)Referred to Judge Steele 7/26/04.(mpp) Additional attachment(s) added on 7/26/2004 (mpp, ). (Entered: 07/26/2004) |
| 07/26/2004 | 6 | NOTICE of Appearance by Charles H. Dodson Jr. and Joseph D. Steadman on behalf of Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward (tgw) (Entered: 07/27/2004) |
| 07/28/2004 | 7 | ORDER GRANTING IN PART DENYING IN PART 5 Motion to Stay pending transfer to MDL. The defendants shall not be required to file an |

| | | |
|---|---|---|
| | | answer or otherresponsive pleading until 60 days after plaintiffs file their anticipated motion to remand, unless the MDL Court or the state court orders otherwise. It is further ordered that no Preliminary Scheduling Order or Rule 16(b) Scheduling Order is to be entered in this case until after the MDL Court transfer and remand issues have been resolved, at least while this action remains pending in this District Court. Signed by Judge William H. Steele on 7/28/04. Copies to parties (tgw) (Entered: 07/29/2004) |
| 08/11/2004 | 8 | MOTION to Remand to Circuit Court of Mobile County by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward. Referred to Judge Steele(tgw) (Entered: 08/12/2004) |
| 08/11/2004 | 9 | Memorandum in Support of 8 MOTION to Remand filed by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward. Ref to J/Steele(tgw) (Entered: 08/12/2004) |
| 08/13/2004 | 10 | Order re: 8 MOTION to Remand filed by Nancy Coleman, Angel Blount, Susan Mathey, Cliff Champagne, Paul Verzone, Herman Ward, James M. Harpring statingresponses due by 8/26/2004, replies due by 9/2/2004, & the motion to be taken under submission on 9/3/2004. Signed by Judge William H. Steele on 8/13/04. Copies to parties.(mpp) (Entered: 08/13/2004) |
| 08/25/2004 | 11 | MOTION to Stay Pending Transfer to MDL re: 8 MOTION to Remand, 9 Memorandum in Support, 10 Order *and Incorporated Memorandum, and Opposition to Motion to Remand* by Parke-Davis, Pfizer, Inc., Warner-Lambert Co.. (Haston, Fred) Modified on 8/26/2004 (tgw). (Entered: 08/25/2004) |
| 08/25/2004 | | MOTION 11 to Stay re 8 MOTION to Remand, *Defendants' Motion to Stay Pending MDL Transfer and Incorporated Memorandum, and Opposition to Motion to Remand* REFERRED to Judge Steele. (mpp) (Entered: 09/03/2004) |
| 09/01/2004 | 12 | RESPONSE to Motion re: 11 MOTION to Stay re 8 MOTION to Remand, 9 Memorandum in Support, 10 Order,, Set Motion Deadlines/Hearings, *Defendants' Motion to Stay Pending MDL Transfer and Incorporated Memorandum, and Opposition to Motion to Remand Plaintiffs' Response to Defendant's Motion to Stay Pending MDL Transfer and Plaintiffs' Reply in Support of Motion to Remand* filed by Nancy Coleman. (Copeland, W.) (Entered: 09/01/2004) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 12/14/2004 15:58:03 |

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-00463-WS-L |
| Billable Pages: | 4 | Cost: | 0.28 |