**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF ALABAMA

113 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.
CLERK

(334) 690-2371

December 23, 2004

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

    Re:    **MDL 1629 - In Re: Neurontin Marketing and Sales Practices
Coleman, et al V. Pfizer, Inc., SDAL 04-463, DMA 04-12615**

Dear Mr. Anastas,

In accordance with the Conditional Transfer Order entered in the above styled cause, and pursuant to your letter of December 15, 2004, the following is enclosed:

- Certified copy of docket entries;

- Complete file on CD of proceedings had in this Court. The file consists of documents 1-13.

Please acknowledge receipt of this file on the enclosed copy of this letter. A self addressed envelope is included for your convenience.

        Sincerely,
        CHARLES R. DIARD, JR., CLERK

By: *(signature)* Tina Wood

        Tina Wood
        Docket Clerk

encls.
cc:    Clerk, MDL

CLOSED2004

# U.S. District Court
## Southern District of Alabama - District Version 2.3 (Mobile)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00463-WS-L

Coleman et al v. Pfizer, Inc. et al
Assigned to: Judge William H. Steele
Referred to: Magistrate Judge Kristi D. Lee
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/14/2004
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nancy Coleman**   represented by   **Charles H. Dodson, Jr.**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: chd@simsgraddick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
Sims, Graddick & Dodson, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
(334) 690-9300
Fax: 2516909311
Email: jds@dodsonsteadman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
Taylor, Martino & Hedge, P.C.
P.O. Box 894
Mobile, AL 36601
(334) 433-3131
Email:

michaelhickman@tmhlawfirm.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Steven A. Martino
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(251) 433-3131
Fax: (251) 433-4207
Email: stevemartino@taylormartino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### W. Lloyd Copeland
Taylor - Martino, P.C.
P.O. Box 894
Mobile, AL 36601
(251) 433-3131
Fax: (251) 433-4207
Email: lloyd@taylormartino.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Blount** represented by **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Mathey**     represented by     **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cliff Champagne**     represented by     **Charles H. Dodson, Jr.**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Verzone**   represented by **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Ward** represented by **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James M. Harpring** represented by **Charles H. Dodson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Steadman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hickman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Martino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Lloyd Copeland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.** represented by **Fred M. Haston, III**
Bradley, Arant, Rose & White
1819 Fifth Ave. N.
Birmingham, AL 35203
(205) 521-8000
Fax: 2055218713
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
450 Lexington Ave.
New York, NY 10017
212-450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Goodman**
Bradley, Arant, Rose & White
1819 Fifth Ave. N.
Birmingham, AL 35203
(205) 521-8000
Email: jgoodman@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**  represented by  **Fred M. Haston, III**
*a division of Warner-Lambert*  (See above for address)
*Company*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **James P. Rouhandeh**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **John E. Goodman**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Co.**  represented by  **Fred M. Haston, III**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **James P. Rouhandeh**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **John E. Goodman**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2004 | 1 | NOTICE OF REMOVAL by Parke-Davis, Pfizer, Inc., Warner-Lambert Co. from Mobile County Circuit Court, case number 04-1846-JRL. ( Filing fee $ 150, Receipt number 47646.) (Attachments:, # 1 Civil Cover Sheet, # 2 Complaint, # 3 Summons, # 4 Circuit Court Docs.)(tgw) (Entered: 07/15/2004) |

| | | |
|---|---|---|
| 07/14/2004 | 2 | Disclosure Statement filed by Defendants Parke-Davis, Pfizer, Inc., Warner-Lambert Co. Ref to J/Steele and MJ/Lee (tgw) (Entered: 07/15/2004) |
| 07/15/2004 | 3 | Document endorsed NOTED by Judge William H. Steele : Disclosure Statement 2 filed by Parke-Davis, Warner-Lambert Co., Pfizer, Inc. (Steele, William) (Entered: 07/15/2004) |
| 07/16/2004 | 4 | Document endorsed NOTED by Judge Kristi D. Lee : Disclosure Statement 2 filed by Parke-Davis, Warner-Lambert Co., Pfizer, Inc. (kpn, ) (Entered: 07/16/2004) |
| 07/23/2004 | 5 | JOINT MOTION to Stay proceedings pending transfer to Multidistrict Litigation [MDL] filed by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Parke-Davis, Pfizer, Inc., Paul Verzone, Herman Ward, and Warner-Lambert Co. (Attachments: # (1) Text of Proposed Order)Referred to Judge Steele 7/26/04.(mpp) Additional attachment(s) added on 7/26/2004 (mpp, ). (Entered: 07/26/2004) |
| 07/26/2004 | 6 | NOTICE of Appearance by Charles H. Dodson Jr. and Joseph D. Steadman on behalf of Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward (tgw) (Entered: 07/27/2004) |
| 07/28/2004 | 7 | ORDER GRANTING IN PART DENYING IN PART 5 Motion to Stay pending transfer to MDL. The defendants shall not be required to file an answer or otherresponsive pleading until 60 days after plaintiffs file their anticipated motion to remand, unless the MDL Court or the state court orders otherwise. It is further ordered that no Preliminary Scheduling Order or Rule 16(b) Scheduling Order is to be entered in this case until after the MDL Court transfer and remand issues have been resolved, at least while this action remains pending in this District Court. Signed by Judge William H. Steele on 7/28/04. Copies to parties (tgw) (Entered: 07/29/2004) |
| 08/11/2004 | 8 | MOTION to Remand to Circuit Court of Mobile County |

| | | |
|---|---|---|
| | | by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward. Referred to Judge Steele(tgw) (Entered: 08/12/2004) |
| 08/11/2004 | 9 | Memorandum in Support of 8 MOTION to Remand filed by Angel Blount, Cliff Champagne, Nancy Coleman, James M. Harpring, Susan Mathey, Paul Verzone, Herman Ward. Ref to J/Steele(tgw) (Entered: 08/12/2004) |
| 08/13/2004 | 10 | Order re: 8 MOTION to Remand filed by Nancy Coleman, Angel Blount, Susan Mathey, Cliff Champagne, Paul Verzone, Herman Ward, James M. Harpring statingresponses due by 8/26/2004, replies due by 9/2/2004, & the motion to be taken under submission on 9/3/2004. Signed by Judge William H. Steele on 8/13/04. Copies to parties.(mpp) (Entered: 08/13/2004) |
| 08/25/2004 | 11 | MOTION to Stay Pending Transfer to MDL re: 8 MOTION to Remand, 9 Memorandum in Support, 10 Order *and Incorporated Memorandum, and Opposition to Motion to Remand* by Parke-Davis, Pfizer, Inc., Warner-Lambert Co.. (Haston, Fred) Modified on 8/26/2004 (tgw). (Entered: 08/25/2004) |
| 08/25/2004 | | MOTION 11 to Stay re 8 MOTION to Remand, *Defendants' Motion to Stay Pending MDL Transfer and Incorporated Memorandum, and Opposition to Motion to Remand* REFERRED to Judge Steele. (mpp) (Entered: 09/03/2004) |
| 09/01/2004 | 12 | RESPONSE to Motion re: 11 MOTION to Stay re 8 MOTION to Remand, 9 Memorandum in Support, 10 Order,, Set Motion Deadlines/Hearings, *Defendants' Motion to Stay Pending MDL Transfer and Incorporated Memorandum, and Opposition to Motion to Remand Plaintiffs' Response to Defendant's Motion to Stay Pending MDL Transfer and Plaintiffs' Reply in Support of Motion to Remand* filed by Nancy Coleman. (Copeland, W.) (Entered: 09/01/2004) |
| 12/20/2004 | 13 | Conditional Transfer Order (MDL) from District of Massachusetts requesting transfer of action. Case |

| | | | |
|---|---|---|---|
| | | electronically transferred by CD to requesting District consisting of Docs. 1-13 and certified docket sheet. (tgw) (Entered: 12/23/2004) | |

### PACER Service Center

#### Transaction Receipt

01/05/2005 10:14:20

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-00463-WS-L |
| Billable Pages: | 4 | Cost: | 0.32 |